IN THE MATTER OF CHARLES H. SMITH, AN ATTORNEY-AT-LAW OF NEW JERSEY.

Argued October 23, 1962—Decided November 5, 1962.

*Mr. Frederick C. Vonhof,* for the order.

*Mr. Charles H. Smith, pro se.*

The opinion of the court was delivered

PER CURIAM. We have carefully considered the testimony and the report of the Ethics Committee in this matter, as well as the sympathetic exposition made by the Committee on oral argument before us, and do not feel in view of all the circumstances that the case is one warranting disciplinary action.

*For dismissal* — Chief Justice WEINTRAUB, and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*Opposed*—None.